EDMUND G. BROWN JR.
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General
KENNETH T. ROOST
Deputy Attorney General
BRENDAN M. KENNY
Deputy Attorney General
State Bar No. 237969
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5744
  Fax:  (415) 703-5480
  E-mail:  Brendan.Kenny@doj.ca.gov
*Attorneys for Defendants Fischer, McKinney, Mount, Horel, Beeson, and Grannis*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS CASTRO,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**ROBERT A. HOREL, et al.,**<br><br>　　　　　　　　　　Defendants. | C 09-4902 WHA<br><br>**[PROPOSED]** **JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** ; ORDER<br><br>Date:　　　　May 13, 2010<br>Time:　　　　2:30 p.m.<br>Courtroom:　　9<br>Judge　　　　The Honorable William Alsup<br>Action Filed:　October 14, 2009 |

　　　　On May 6, 2010, the Court rescheduled the case management conference previously set for May 13, 2010 at 11:00 a.m. to 2:30 p.m.  Kenneth Roost and Brendan Kenny are counsel for Defendants in both this matter and the related matter, *Castro v. Terhune, et al*., Case No. 3:98-CV-04877 WHA.  Mr. Kenny will be defending the deposition of Mr. Short, a Pelican Bay State Prison gang investigator, on May 13, 2010 and is therefore unavailable to attend the hearing without causing significant hardship to Mr. Short.  Mr. Roost, who had been planning to attend the hearing, is travelling the afternoon of May 13, 2010 and is unable to reschedule his flight and

1  therefore unavailable.  Similarly, Mr. Kenny will be defending the deposition of Mr. Pieren, a
2  Pelican Bay gang investigator, on May 14, 2010 and is therefore unavailable to attend a hearing
3  on May 14 without causing significant hardship to Mr. Pieren.  Mr. Roost will be out of town on
4  May 14 and is therefore unavailable.  Plaintiff's counsel is amendable to rescheduling the case
5  management conference, and accordingly, the parties jointly request that the Court reschedule the
6  conference to a time convenient to the Court.

SO STIPULATED:

DATED:  May 11, 2010            /s/ James E. Thompson
                                JAMES E. THOMPSON
                                Attorneys for Plaintiff Carlos Castro


DATED:  May 11, 2010            /s/ Brendan M. Kenny
                                BRENDAN M. KENNY
                                Attorneys for Defendants Fischer, et al.


Good cause appearing, the case management conference is

continued to:  May 20, 2010, at 11:00 a.m.

APPROVED AND SO ORDERED:


DATED:  May 11, 2010.

                                HON. _____
                                United States District Judge

*IT IS SO ORDERED* — Judge William Alsup (signed seal, U.S. District Court, Northern District of California)