IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS CASTRO,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT A. HOREL, et al.,<br><br>　　　　　　　　　　　Defendants. | C 09-4902 WHA<br><br>[PROPOSED] **JOINT STIPULATION TO STAY CASE**<br><br><br>Judge:　　　The Honorable William Alsup<br>Trial Date:　June 6, 2011<br>Action Filed:　October 14, 2009 |

　　　Counsel from Orrick, Herrington, and Sutcliffe are counsel for Plaintiff Carlos Castro in both the above-captioned matter ("*Horel*") and the related matter, *Castro v. Terhune, et al.*, Case No. 3:98-CV-04877 WHA ("*Terhune*"). Kenneth Roost and Brendan Kenny are counsel for Defendants in both matters.

　　　On May 21, 2010, the Court set trial, pretrial, and discovery deadlines in the *Horel* matter. (Docket No. 26.) The discovery cut-off is currently set for February 28, 2011. The parties, however, have not conducted discovery in *Horel* because they believe that *Terhune* will ultimately moot the action. Specifically, the outcome of the pending Court-ordered validation

1

procedure in *Terhune* will likely supersede the 2006 inactive-status review that Castro challenges in *Horel*. *See* October 29, 2010 Remedial Order to Conduct New Validation Procedure in *Castro v. Terhune* [Docket No. 376]. The pending validation procedure will determine whether Castro is a prison "gang associate *now*." *Id*. at 2 (emphasis in original).

    Because the *Horel* action will likely be mooted by the outcome of *Terhune*, the parties jointly request that the Court:

    1. Stay the *Horel* action pending completion of the Court-ordered validation procedure in *Terhune* and all resulting litigation; and

    2. Vacate all pending deadlines in *Horel*.

SO STIPULATED:

DATED:  February 24, 2011        /s/ James E. Thompson
                                 JAMES E. THOMPSON
                                 Attorneys for Plaintiff Carlos Castro


DATED:  February 24, 2011        /s/ Brendan M. Kenny
                                 BRENDAN M. KENNY
                                 Attorneys for Defendants Fischer, et al.


Good cause appearing, the case is stayed, pending the outcome of the *Terhune* matter. Nevertheless, a case management conference is set in this matter for May 26, 2011, at 3:00 p.m.

APPROVED AND SO ORDERED:

DATED: February 28, 2011.        HON. WILLIAM ALSUP
                                 United States District Court Judge