IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CASTRO,

    Plaintiff,

  v.

ROBERT A. HOREL, *et al.*,

    Defendants.

                                   /

No. C 09-04902 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

This action is stayed. Nevertheless, a case management conference was set for May 26. Now that plaintiff has been re-validated as a prison gang associate, and a briefing schedule has been set on defendants' motion to terminate the related case of *Castro v. Terhune, et al.*, No. 3:98-cv-04877-WHA, the parties stipulate to continue the case management conference pending resolution of the motion to terminate *Terhune*. The motion to terminate *Terhune* will be heard on June 30. The parties' stipulation is **GRANTED**, and the case management conference in this action is continued to **JULY 21, 2011, AT 3:00 P.M.** The parties shall please remain diligent and take whatever action is needed promptly in this action depending on the effects of a decision in the *Terhune* action.

**IT IS SO ORDERED.**

Dated: May 23, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE