IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS CASTRO,**<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT A. HOREL, et al.,**<br><br>Defendants. | C09-4902 WHA<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A STIPULATED DISMISSAL**<br><br>Courtroom: 9<br>Judge:    The Honorable William Alsup<br>Action Filed:  October 14, 2009 |

   Defendants Fischer, McKinney, Mount, Horel, Beeson, and Grannis move for a fourteen-day extension of time, up to and including October 17, 2011, in which to file a stipulated dismissal of this case. The Court has read and considered their motion and the accompanying declaration of counsel and, good cause appearing, IT IS ORDERED that Defendants' requested extension of time is GRANTED. The time in which the parties may file a stipulated dismissal of this matter is extended up to and including October 17, 2011.

Dated: October 3, 2011.



William Alsup
UNITED STATES DISTRICT JUDGE

1  SF2010200204
   20533011.doc
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

[Proposed] Order Granting Defs.' Mot. EOT File Stip. Dismissal   (C09-4902 WHA)